IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| VENICE PI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00089-BR |
| | ) |
| DOES 1-15, | ) |
| | ) |
| Defendants. | ) |

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, Venice PI, LLC, has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including April 5, 2018, to serve Defendants, pursuant to FED.R.CIV.P. 4.

This the ___ day of January, 2018.

_____
United States District Court